■ In the Matter of GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent, v ELIEZER STEINMETZ, Appellant. [857 NYS2d 507]—In a proceeding pursuant to CPLR article 75 to permanently stay arbitration of a claim for uninsured motorist benefits, Eliezer Steinmetz appeals from an order of the Supreme Court, Rockland County (Nelson, J.), dated July 30, 2007, which, after a hearing, granted the petition.

Ordered that the order is affirmed, with costs.

"Where, as here, a case is tried without a jury, this Court's power to review the evidence is as broad as that of the trial court, 'taking into account in a close case the fact that the trial judge had the advantage of seeing the witnesses' " (*Terry v State of New York,* 39 AD3d 846 [2007], quoting *Northern Westchester Professional Park Assoc. v Town of Bedford,* 60 NY2d 492, 499 [1983]). We decline to disturb the Supreme Court's finding that there was no physical contact between the appellant's vehicle and an alleged hit-and-run vehicle (*see Matter of Progressive Northeastern Ins. Co. v Sheikh,* 40 AD3d 763, 764 [2007]; *Matter of Metropolitan Prop. & Cas. Co. v Sands,* 5 AD3d 601, 602 [2004]). Rivera, J.P., Santucci, Eng and Chambers, JJ., concur.